**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DAVID HATCHIGIAN, | : No. 8 EAL 2024 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| ABCO EMERSON CLIMATE | : |
| TECHNOLOGIES CHASE BANK, USA, | : |
| N.A., | : |
| | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.